OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

1/30/2015

ANTHONY, CARL DEWAYNE    Tr. Ct. No. CR11-120    WR-82,809-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

Paroled

CARL DEWAYNE ANTHONY
ELLIS I UNIT - TDC # 1820527
1697 FM 980
HUNTSVILLE, TX 77343                    U TF

RTS

438 77320

UNITED STATES POSTAGE
PITNEY BOWES
02 1R    $ 00.26⁵
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701